[No. 4624–5–II. Division Two. December 29, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT LEHMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. CR–795760, Dale M. Nordquist, J., entered March 17, 1980. *Affirmed* by unpublished opinion per Munson, J., concurred in by Reed, C.J., and Petrich, J.

[No. 4229–4–III. Division Three. December 29, 1981.]

THE CITY OF KENNEWICK, ET AL, *Respondents*, v. THE UTILITIES AND TRANSPORTATION COMMISSION, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 78–0904, Albert J. Yencopal, J., entered October 16, 1980. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Roe, A.C.J., and Green, J.

[No. 4167–1–III. Division Three. December 29, 1981.]

WILLIAM H. BIRD, *Appellant*, v. JAMES H. ANDERSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 23377, B. E. Kohls, J., entered August 27, 1980. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Roe, J.